**George W. HARRIS, Appellant,**

v.

**STATE of Missouri, ex rel. DIVISION OF FAMILY SERVICES, and Michael R. Henry, Director, Division of Child Support Enforcement, Respondents.**

**No. WD 42048.**

Missouri Court of Appeals, Western District.

Dec. 26, 1989.

Jeffrey A. Keevil, Tipton, for appellant.

Curtis G. Hanrahan, Jefferson City, for respondents.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from administrative orders which found that appellant owed $13,129.05 in state debt and child support arrearages and which directed his employer to withhold and pay over money due appellant. Section 454.476, RSMo 1986.

Affirmed. Rule 84.16(b).